■ In the Matter of WILLIAMSVILLE/SOUTHEAST AMHERST HOMEOWNER'S ASSOCIATION, INC., et al., Respondents, v ZONING BOARD OF APPEALS OF THE TOWN OF AMHERST, Respondent, and COLLEGE PARK ASSOCIATES, Intervenor-Appellant. (Appeal No. 2.)—Order unanimously affirmed without costs. Same Memorandum as in *Matter of Williamsville/Southeast Amherst Homeowner's Assn. v Zoning Bd. of Appeals* ([appeal No. 1], 188 AD2d 1008 [decided herewith]). (Appeal from Order of Supreme Court, Erie County, Mintz, J.—Renewal.) Present— Denman, P. J., Pine, Balio, Fallon and Davis, JJ.